# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-277-357

**Effective Date of Registration:**
November 30, 2021
**Registration Decision Date:**
December 01, 2021

## Title

**Title of Work:** SpyraOne

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 27, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Sebastian Walter
  **Author Created:** sculpture
  **Work made for hire:** No
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Spyra GmbH
Tengstr. 34, Munich, 80796, Germany
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Thoits Law, A Professional Corporation
**Name:** Katie Kavanaugh
**Email:** kkavanaugh@thoits.com
**Telephone:** (650)327-4200
**Address:** 400 Main St., Suite 250
Los Altos, CA 94022 United States

## Certification

Page 1 of 2

**Registration #:**    VA0002277357
**Service Request #:**    1-11011860991



Thoits Law, A Professional Corporation
Derek Settle
400 Main St., Suite 250
Los Altos, CA 94022 United States



























