# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPYRA GmbH, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:22-cv-05727 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff SPYRA GmbH voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 103. | Peekwise | https://peekwise.com/ |

Dated: August 10, 2022

Respectfully submitted,

THOITS LAW

By: _/s/ Nathan Monroe-Yavneh_
   THOITS LAW
   Nathan Monroe-Yavneh, Esq.
   400 Main Street, Suite 250
   Los Altos, CA 94022
   (650) 327 4200
   nmonroeyavneh@thoits.com