AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| SPYRA GmbH<br><br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  22-5727 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael R. Yellin, Esq.
> Cole Schotz P.C.
> 1325 Avenue of the Americas
> 19th Floor
> New York, New York 10019
> myellin@coleschotz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date:  JUL 2 0 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

was received by me on *(date)*         July 20, 2022         .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* On August 10, 2022, I sent an email containing copies of the Summons, the Complaint, the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order and the Court's Order of July 21, 2022, and a link to a website containing the aforementioned pleadings to the email addresses for Defendants (as identified in the Schedule A to the Complaint) provided to Plaintiffs by third party online marketplace platforms Amazon, eBay, Globalsources, Joom and Kickstarter  and the third party domain name registrars Namecheap, Inc, Chengdu West Dimension Digital Technology Co., Ltd., GoDaddy.com, LLC, Tucows, Inc. and Porkbun, LLC. A list of the served defendants is attached hereto as Exhibit A.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    August 11, 2022

_____
/s/ Nathan Monroe-Yavneh
*Server's signature*

_____
Nathan Monroe-Yavneh
*Printed name and title*

_____
400 Main Street, #250, Los Altos, CA 94022
*Server's address*

Additional information regarding attempted service, etc:

SPYRA GmbH

v.

The Individuals, Corporations, Limited Liability Companies,
Partnerships, and Unincorporated Associations Identified
on Schedule A to the Complaint

Civil Action No. 1:22-cv-05727-RA

## RIDER TO SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1. | Anhui Ximeng International Trade Co. | https://ahxmgj.en.alibaba.com/ |
| 2. | Foshan Aoerbao Childrens Products Co., Ltd. | https://aoerbo.en.alibaba.com/ |
| 3. | Foshan City Camping Technology Co., Ltd | https://fscamping.en.alibaba.com/minisiteentrance.html?spm=a2700 |
| 4. | Foshan Jiazhanchuang Sports Health Technology Co., Ltd. | https://doraleimi.en.alibaba.com/index.html?spm=a2700.shop_pl.88.13 |
| 5. | guangsenshop88 | https://www.amazon.com/sp?ie=UTF8&seller=AB9U9GPQX671S |
| 6. | Hainan Lanhai Shipping Co., Ltd. | https://lanhaishipping.en.alibaba.com/?spm=a2700.shop_cp.88.16 |
| 7. | Hangzhou Agreat Import & Export Co., Ltd. | https://agreat.en.alibaba.com/?spm=a2700.shop_pl.88.16 |
| 8. | Hangzhou Hangkai Technology Co., Ltd. | https://hzhkkj.en.alibaba.com/?spm=a2700.shop_cp.88.19 |
| 9. | Hangzhou Langdi Technology Co., Ltd. | https://dr4funskateboard.en.alibaba.com/index.html?spm=a2700.shop_cp.88.16 |
| 10. | Henan Sincerely Industrial Co., Ltd | https://hnsincerely.en.alibaba.com/?spm=a2700.shop_pl.88.16 |
| 11. | Huizhou Onecarat Technology Co., Ltd. | https://onecarat.en.alibaba.com/?spm=a2700.shop_cp.88.16 |
| 12. | Jiangmen Spark Technology Co., Ltd. | https://sparktechgroup.en.alibaba.com/ |
| 13. | LAIHUIKEJI | https://www.amazon.com/sp?ie=UTF8&seller=A1IM23DAKATKI4 |
| 14. | Qingdao Melton Tire Co., Ltd. | https://melton.en.alibaba.com/ |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 15. | Shantou Chenghai Wangji Toy Factory | https://wangji-toys.en.alibaba.com/ |
| 16. | Shenzhen Daton Technology Co., Ltd. | https://szdaton.en.alibaba.com/minisiteentrance.html?spm=a2700 |
| 17. | Shenzhen Muje Technology Co., Ltd. | https://mujetech.en.alibaba.com/?spm=a2700.shop_cp.88.16 |
| 18. | Shenzhen Shining Electric Co., Ltd. | https://airplaying.en.alibaba.com/?spm=a2700.shop_pl.88.15 |
| 19. | Wuxi Yaoen Technology Co., Ltd. | https://yaoen.en.alibaba.com/ |
| 20. | Wuyi Enpower Fitness Co., Ltd. | https://www.alibaba.com/showroom/wuyi-enpower-fitness-co..html |
| 21. | Xiamen Hongxiang Trading Co., Ltd | https://xmhxsm.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.291d6f62UacHug&from=detail&productId=1600440052425 |
| 22. | Yiwu Dayu Toys Co., Ltd. | https://dayutoys.en.alibaba.com/index.html |
| 23. | Yiwu Jixu Import And Export Co., Lt | https://jixu.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.390f6e66UkDKFU&from=detail&productId=11000000848671 |
| 24. | Yongkang Greenlawn Industrial&Trading Co., Ltd. | https://redsalmon.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.76e64a30UQUHz8&from=detail&productId=1600542139241 |
| 25. | Yongkang Hongduo Industry&trade Co. | https://ykhongduo.en.alibaba.com/ |
| 26. | Yongkang King Sports Industry & Trade Co., Ltd. | https://kingsports.en.alibaba.com/ |
| 27. | Yongkang Suncity Imp& Exp Co., Ltd. | https://ihowtools.en.alibaba.com/minisiteentrance.html/contactinfo.html |
| 28. | Zhejiang Haiqi Industry And Trade Co., Ltd. | https://chinahaiqi.en.alibaba.com/ |
| 29. | Shop911665317 Store | https://www.aliexpress.com/store/1101664322 |
| 30. | Ailihu kitchen Store | https://www.aliexpress.com/store/1102029689 |
| 31. | Alihu baby Store | https://www.aliexpress.com/store/1101582443 |
| 32. | Alipapa Store | https://www.aliexpress.com/store/2340388 |
| 33. | bestwin store | https://de.aliexpress.com/store/1101430101?spm=a2g0o.detail.100005.1.605b6b4cGWtKWS |
| 34. | DAIDAI Store | https://www.aliexpress.com/store/1102051253 |
| 35. | Doki Toy Store | https://de.aliexpress.com/store/911796775?spm=a2g0o.detail.1000007.1.3e0c1136Cv6nyH |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 36. | Fun education toy store | https://de.aliexpress.com/store/5476195?spm=a2g0o.detail.1000007.1.279056caMlgyXu |
| 37. | Fun time Store | https://www.aliexpress.com/store/1101514133 |
| 38. | HA Life store | https://www.aliexpress.com/store/1101690588 |
| 39. | hand of god boutique store | https://www.aliexpress.com/store/1102033972 |
| 40. | Hegen baby Store | https://www.aliexpress.com/store/5026042 |
| 41. | IMBABY Factory Store | https://www.aliexpress.com/store/4706057 |
| 42. | IMBABY Global Store | https://www.aliexpress.com/store/5087004 |
| 43. | KSDW Toys Store | https://www.aliexpress.com/store/1102042720 |
| 44. | MG play home Store | https://www.aliexpress.com/store/1100240129 |
| 45. | plush toy store | https://de.aliexpress.com/store/1100213613?spm=a2g0o.detail.1000007.1.1eca101de47xrD |
| 46. | Ruiying outdoor Store | https://www.aliexpress.com/store/910316081 |
| 47. | Self-confidence baby Store | https://de.aliexpress.com/store/1101886116?spm=a2g0o.detail.100005.1.47195525sRomML |
| 48. | Shop3053005 Store | https://id.aliexpress.com/store/1101258076?spm=a2g0o.store_pc_feedback.pcShopHead_96597276.0 |
| 49. | Shop911390105 Store | https://de.aliexpress.com/store/911390105?spm=a2g0o.detail.1000007.1.34f0213coCGPyh |
| 50. | SquareMonkey Toy Store | https://www.aliexpress.com/store/912179764 |
| 51. | The Childhood toy Store | https://www.aliexpress.com/store/912163184 |
| 52. | YOLIX Store | https://www.aliexpress.com/store/1101669028 |
| 53. | Zhejiang accessories city Store | https://www.aliexpress.com/store/1102015328 |
| 54. | crystalhouse us | https://www.amazon.com/sp?ie=UTF8&seller=ATZX0O6BMCOOF |
| 55. | GBBDD | https://www.amazon.com/sp?ie=UTF8&seller=A754I9W84MAPL |
| 56. | GBYX | https://www.amazon.com/sp?ie=UTF8&seller=ANDJQDNX7909E |
| 57. | hap piness shop | https://www.amazon.com/s?me=A2U2X52T384VQ&marketplaceID=ATVPDKIKX0DER |
| 58. | hjkjyiugfhfjhfkj | https://www.amazon.com/s?me=ATXYEXYGAO8US&marketplaceID=ATVPDKIKX0DER |
| 59. | INNO Electronics | https://www.amazon.com/s?me=A2TTN4K5YP7CVA&marketplaceID=ATVPDKIKX0DER |
| 60. | jindian889 | https://www.amazon.com/sp?seller=A262XRAH5JCSKD |
| 61. | Life Shop 21 | https://www.amazon.com/sp?ie=UTF8&seller=A1CJHHSSMDDVY8 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 62. | Made in China department stores | https://www.amazon.com/sp?seller=A1Y83FI3CQKCSX |
| 63. | Odice-US | https://www.amazon.com/sp?ie=UTF8&seller=AR93LKHIG3U2B |
| 64. | SIXEFF | https://www.amazon.com/sp?ie=UTF8&seller=A2MT4K4H2QZYYG |
| 65. | TIANMAI-US | https://www.amazon.com/sp?ie=UTF8&seller=A1OOECHTFGW1ZN |
| 66. | 安馨 | https://www.amazon.com/sp?ie=UTF8&seller=APQG5ZKLLJJNF |
| 67. | AQNOL | https://aqnol.com/ |
| 68. | LLYGE STORE | www.comeo.top |
| 69. | cozexs | https://cozexs.com/ |
| 70. | SZRX0BD2 | www.crispary.top |
| 71. | golkatakora8 | https://www.ebay.com/usr/golkatakora8?_trksid=p2047675.m3561.l2559 |
| 72. | Newtaller-8 | https://www.ebay.com/usr/newtaller-8?_trksid=p2047675.m3561.l2559 |
| 73. | Temporarypay8 | https://www.ebay.com/usr/temporarypay8?_trksid=p2047675.l2559 |
| 74. | whenmeet | https://www.ebay.com/usr/whenmeet?_trksid=p2047675.l2559 |
| 75. | whosesounds | https://www.ebay.com/usr/whosesounds?_trksid=p2047675.l2559 |
| 76. | whyexpress | https://www.ebay.com/usr/whyexpress?_trksid=p2047675.l2559 |
| 77. | win-win-sl | https://www.ebay.com/usr/win-win-sl |
| 78. | Fafail | https://fafail.com/ |
| 79. | folary.com | www.folary.com |
| 80. | Megior Store | www.foundous.top |
| 81. | WATERAREA | https://www.fourtion.top/ |
| 82. | fpjtoys | https://fpjtoys.com/ |
| 83. | GadgetNed | https://www.gadgetned.nl/ |
| 84. | gearelevation | www.gearelevation.com |
| 85. | GRAIL-KING | www.girlify.top |
| 86. | Syg Global Technology CO., LTD | https://sygglobal.manufacturer.globalsources.com/si/6008853167271/Homepage.htm |
| 87. | Goodraps | https://goodraps.xyz/ |
| 88. | Shop Local | https://www.happyshoping.cf/ |
| 89. | Hilda Tracy | https://www.hildatracy.club/ |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 90. | guntoy | https://www.hotshopps.com/ |
| 91. | hrsale.2021outletshops.ru | https://hrsale.2021outletshops.ru/ |
| 92. | HYDGUN | https://hydgun.com/ |
| 93. | Menkay Store | www.irdom.top |
| 94. | VIKARUMENT | https://www.joom.com/en/stores/60d7d8f400862e0a9f21fe52 |
| 95. | Malina Store | https://www.kakitor.top/ |
| 96. | DesignNest Amsterdam | https://www.kickstarter.com/projects/designnestamsterdam/electric-water-gun |
| 97. | LEIFB OWEN | www.leifbowen.club |
| 98. | MAVIGADGET | https://mavigadget.com/ |
| 99. | Walmart (FAKE) | www.mmotek.shop |
| 100. | Moweoo | https://www.moweoo.com/ |
| 101. | FSDA Store | www.mulgacle.top |
| 102. | Multitoolsstore | https://multitoolsstore.com/collections/frontpage |
| 103. | peekwise | https://peekwise.com/ |
| 104. | Multiple Store | https://www.phenoety.top |
| 105. | QIANSHENGTC | https://qianshengtc.com/ |
| 106. | ORDIBUY | https://rightjake.com/ |
| 107. | Rollinstar | https://rollinstar.com/ |
| 108. | Ruabby | https://ruabby.com/ |
| 109. | Seasonhots | https://seasonhots.com/ |
| 110. | Simons Box | https://simonsbox.com |
| 111. | www.sneakernews.ml | https://www.sneakernews.ml/ |
| 112. | SPYRAWATERGUN.NL | https://www.spyrawatergun.nl/ |
| 113. | Stit Toystore | https://stittoystore.com/ |
| 114. | Tom Toy | https://www.tomtoy.toys/ |
| 115. | Global Order Wholesale | https://www.transportese.com/ |
| 116. | SPOTLTWM | https://www.umbracy.top/ |
| 117. | Utyket | https://www.utyket.com/ |
| 118. | QuanRun Store | https://www.vectular.top/ |
| 119. | verifiedtrending.com | https://verifiedtrending.com/ |
| 120. | TBMXM STORE | https://www.veryality.top/ |
| 121. | Visitous | www.visitous.top |
| 122. | IGUISI | https://www.yiguisihealth.com/ |
| 123. | Zone Spray | https://zonespray.shop/ |
| 124. | Shenzhen Muje Technology Co., Ltd. | https://mujehealth.en.made-in-china.com/ |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 125. | VIKARUMENT | https://www.newegg.com/Seller-Store/VIKARUMENT-Store |
| 126. | YueShangSian | https://www.amazon.com/sp?ie=UTF8&seller=A3VVWDR9RLBCPF |

# Exhibit A

| Exhibit A to Proof of Service – List of Noticed Defendants | |
|---|---|
| Defendant No. | Defendant Name |
| 54 | crystalhouse us |
| 55 | GBBDD |
| 56 | GBYX |
| 57 | hap piness shop |
| 58 | hjkjyiugfhfjhfkj |
| 59 | INNO Electronics |
| 60 | jindian889 |
| 61 | Life Shop 21 |
| 62 | Made in China department stores |
| 63 | Odice-US |
| 64 | SIXEFF |
| 65 | TIANMAI-US |
| 66 | 安馨 |
| 68 | LLYGE STORE |
| 69 | Cozexs |
| 70 | SZRX0BD2 |
| 71 | golkatakora8 |
| 72 | Newtaller-8 |
| 73 | Temporarypay8 |
| 74 | whenmeet |
| 75 | whosesounds |
| 76 | whyexpress |
| 77 | win-win-sl |
| 79 | folary.com |
| 80 | Megior Store |
| 81 | WATERAREA |
| 84 | gearelevation |
| 85 | GRAIL-KING |
| 86 | Syg Global Technology CO., LTD |
| 87 | Goodraps |
| 92 | HYDGUN |
| 93 | Menkay Store |
| 94 | VIKARUMENT |
| 95 | Malina Store |
| 96 | DesignNest Amsterdam |
| 101 | FSDA Store |
| 104 | Multiple Store |

| Exhibit A to Proof of Service – List of Noticed Defendants ||
|---|---|
| **Defendant No.** | **Defendant Name** |
| 105 | QIANSHENGTC |
| 109 | Seasonhots |
| 113 | Stit Toystore |
| 116 | SPOTLTWM |
| 118 | QuanRun Store |
| 119 | verifiedtrending.com |
| 120 | TBMXM STORE |
| 121 | Visitous |
| 122 | IGUISI |
| 123 | Zone Spray |
| 126 | YueShangSian |