UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPYRA GMBH,

                        Plaintiff,

               v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,

                        Defendants.

No. 22-CV-5727 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff commenced this copyright action on July 6, 2022 against more than 100 defendants. On October 21, 2022, the Clerk of Court entered certificates of default against the Defendants identified in the First Amended Schedule A at docket number 53, and on October 26, 2022, Plaintiff moved for a default judgment against the Defendants in the attached Second Amended Schedule A. On February 10, 2023, the Court entered default judgment against those Defendants.

      The Court is unaware of any remaining Defendants in this action against whom default judgment has not been entered or who have not been voluntarily dismissed. Accordingly, no later than May 23, 2023, Plaintiff shall advise the Court as to whether this matter can be closed.

SO ORDERED.

Dated:    May 16, 2023
             New York, New York

                                                       Ronnie Abrams
                                                       United States District Judge